AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

SHAKENYA R. ROBERTSON

**SUMMONS IN A CIVIL CASE**

v.

BACO ENTERPRISES, INC., and Barry Cohen, as Owner and President of BACO ENTERPRISES, INC., and Individually

CASE NUMBER:

08 CIV 5629

JUDGE PRESKA

TO: (Name and address of defendant)

BACO ENTERPRISES, INC., and BArry Cohen
1190 Longwood Avenue
Bronx, New York 10474

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Firm of
Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, New York 10801

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JUN 2 3 2008
CLERK                                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 6/24/08 |
| NAME OF SERVER (PRINT) RICHARD BLUM | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: BARRY COHEN. VIA IVAN Rodriguez SAles, IN VIEW of ME.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ~~IVAN Rodriguez SALES~~

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/24/08
Date

Signature of Server

P.O Box 342 Yonkers NY 10704
Address of Server