UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*VIA ECF*

------------------------------------------------x

SHAKENYA R. ROBERTSON,

                              Plaintiff,

        -against-

BACO ENTERPRISES, INC., AND BARRY
COHEN as Owner and President of BACO
ENTERPRISES, INC., and Individually,

                              Defendants.

------------------------------------------------x

**DEFENDANT BACO
ENTERPRISES, INC.'S
CERTIFICATE PURSUANT
TO RULE 7.1 OF THE
FEDERAL RULES OF CIVIL
PROCEDURE**

Civ. No.: 08 - CIV - 5629

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the

Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the

undersigned counsel for Defendant Baco Enterprises, Inc. hereby certifies that Baco Enterprises,

Inc. is not a publicly held entity and there are no parent corporations or any publicly held

corporations that own 10% of its stock.

Dated: Melville, New York
        August 4, 2008

                        Respectfully submitted,

                        JACKSON LEWIS LLP
                        *Attorneys for Defendants*
                        58 South Service Road, Suite 410
                        Melville, New York 11747
                        (631) 247-0404

        By:    _____
                        Wendy J. Mellk (WM-1515)
                        David S. Greenhaus (DG-0466)

I:\Clients\B\126707\Pleadings\Rule 7.1 Statement.doc