○AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

SHAKENYA R. ROBERTSON,

**APPEARANCE**

Case Number: 08-CIV-5629

Plaintiff,

v.

BACO ENTERPRISES, INC., and BARRY COHEN
as Owner and President of BACO ENTERPRISES,
INC., and Individually,

Defendants.

To the Clerk of this court and all parties of record: Enter my appearance as counsel in this case for

Defendants, Baco Enterprises, Inc. and Barry Cohen

I certify that I am admitted to practice in this court.

Aug. 4, 2008
Date

Signature

David S. Greenhaus  DG0466
Print Name  Bar Number

JACKSON LEWIS LLP, 58 South Service Road, Suite 410
Address

Melville  NY  11747
City  State  Zip Code

(631)247-0404  (631)247-0417
Phone Number  Fax Number

I:\Clients\B\126707\Pleadings\District Court Notice of Appearance.doc